# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 13-273 (SRN/JJK) |
| Plaintiff, | |
| v. | **ORDER** |
| (8) Elias Karkalas, | |
| Defendant. | |

Linda I. Marks, Esq., and Roger J. Gural, Esq., United States Department of Justice, for the plaintiff, United States of America; and

Daniel L. Gerdts, Esq., and John C. Brink, Esq., for defendant Elias Karkalas.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Becky R. Thorson dated February 1, 2016. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

Defendant (8) Elias Karkalas's Motion to Suppress All Evidence Obtained from Unlawful Searches and Seizures [Doc. No. 350] is **DENIED**.

Dated: May 3, 2016

                                              <u>s/Susan Richard Nelson</u>
                                              SUSAN RICHARD NELSON
                                              United States District Court Judge